IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE LEWIS                                                   PLAINTIFF

V.                        NO. 3:07CV00090 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                  DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE